Date of Arrest: 05/03

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Alexander QUIROGA-Mateus <br> AKA: None Known <br> 093325013 <br> YOB: 1974 <br> Citizen of: Colombia <br><br> Defendant | Magistrate Case No. 22-1710MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about May 03, 2022 Defendant Alexander QUIROGA-Mateus, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Colombia through the port of Los Angeles, California, on or about April 14, 2009. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louis Uhl*
*SAD for LCU*

_Anastasiya Katekhina_
Signature of Complainant

Alfredo Chavez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

May 05, 2022      at    Yuma, Arizona
Date                                 City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Alexander QUIROGA-Mateus
AKA: None Known
093325013

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 03, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Colombia and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Los Angeles, California on or about March 23, 2009. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about April 14, 2009, through the port of Los Angeles, California, subsequent to a conviction in a Superior Court, State of California, County of Los Angeles, on or about December 03, 2008, for the crime of Robbery, a felony.

Agents determined that on or about May 03, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Francisco Noriega, BPA Juan L. Quezada.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Alejandro Lastra.

*Anastasiya Katekhina*
Signature of Complainant

Sworn to before me and subscribed telephonically,

May 05, 2022
Date

Signature of Judicial Officer